UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

# STANDING ORDER REGARDING SUMMARY JUDGMENT MOTION PRACTICE

**MURPHY, J.**

1. For motions for summary judgment, the movant shall serve electronically a Word version of its statement of undisputed facts and all supporting materials on the non-movant when it files its motion for summary judgment. When filing its opposition to the motion for summary judgment, the non-movant shall file a response to the movant's statement of undisputed facts that uses the Word document and responds to each of the movant's undisputed facts, paragraph by paragraph, and, if disputed, includes page references to affidavits, depositions, or other documents in the record. If the movant contends that there are separate disputed material facts, it may identify them in a separate section at the end of this document, paragraph by paragraph with page references to affidavits, depositions, and other documents in the record. Any additional disputed material facts should continue the numbering, rather than restarting at one. The non-movant shall file this document on ECF and shall serve electronically on the movant a Word document when the non-movant files its opposition. The movant may then respond to any separately identified disputed facts, using this Word document and responding to each of the movants disputed facts, paragraph by paragraph with page references to the affidavits, depositions, or other documents in the record and file same when it files its reply brief.

2. Per Federal Rule of Civil Procedure 56(c)(2), disputes between the parties regarding the propriety or admissibility of specific facts should be captured within the statement of facts itself or in opposition to the motion for summary judgment, not styled as separate motions to strike.

3. If the parties are cross-moving for summary judgment, they should exchange a single statement of facts that addresses both motions.

4. The purpose of this standing order is to allow the Court to have one single document that contains alleged material facts and all objections thereto.

IT IS SO ORDERED.

/s/ Brian E. Murphy
United States District Judge